IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) No.  2:20-mc-834 |
| Letter of Request from the | ) **APPLICATION FOR ORDER UNDER** |
| Rabbinical Court of Jerusalem, Israel | ) |
| In <u>Efrat Racheli Meiri Marcovitz v.</u> | ) |
| <u>Avi Marcovitz</u> | ) **28 U.S.C. § 1782** |
| Ref No.: 1101284/3 | ) |
| DJ Reference Number: 189-49-20-2 | ) **FILED *EX PARTE*** |

## UNITED STATES' APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782

The United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant U.S. Attorney, petitions this Court for an order pursuant to Section 1782, Title 28, United States Code in the attached form, appointing Jill Locnikar as Commissioner for the purpose of obtaining records and testimony from the custodian of records for Young Men & Woman Hebrew Association, who resides within the jurisdiction of this Court, pursuant to a letter of request issued by the above entitled Court in Israel.  The Court in Israel has determined that these documents are relevant to its pending proceeding.

As this request is for a civil proceeding in Israel, the United States does not request that this application be filed under seal in this Court and will not be making a motion to file this under seal.

The letter of request, dated May 25, 2020, together with an English translation, is attached hereto.

Respectfully submitted this 10th day of June, 2020.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

Dated:  5/10/2020            */s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892