IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) No. 2:20-mc-834 |
| Letter of Request from the | ) **APPLICATION FOR ORDER UNDER** |
| Rabbinical Court of Jerusalem, Israel | ) |
| In <u>Efrat Racheli Meiri Marcovitz v. Avi Marcovitz</u> | ) |
| | ) **28 U.S.C. § 1782** |
| Ref No.: 1101284/3 | ) |
| DJ Reference Number: 189-49-20-2 | ) **FILED *EX PARTE*** |

<u>ORDER</u>

Upon application of the United States of America, on behalf of the Rabbinical Court of Jerusalem, Israel, seeking records and testimony from the custodian of records for Young Men & Women Hebrew Association, who resides within the jurisdiction of this Court, for use in a judicial proceeding in Israel, the Court having read the letter of request from the Israeli Court and being fully informed in the premises, it is hereby,

ORDERED that the United States' Application is GRANTED.

IT IS FURTHER ORDERED, pursuant to the authority contained in section 1782, title 28, United States Code, that Jill Locnikar be and hereby is appointed as Commissioner, to take such steps as are necessary to obtain records and testimony in conformity with the request for international judicial assistance; to submit the records and/or documents to the United States Attorney for the Western District of Pennsylvania for the transmission to the United States Department of Justice; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

_____, J